

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 23, 2019

<u>Via ECF</u>
Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States of America v. Heinz Gentges*, 18 Civ. 7910 (KMK) (PED)

Dear Judge Davison:

    This Office represents the United States of America (the "United States"), the plaintiff in the above-referenced action against defendant Heinz Gentges ("Gentges") to collect outstanding civil penalties assessed against Gentges for his willful failure to report his interest in foreign financial accounts, pursuant to 31 U.S.C. §§ 5314 and 5321.

    A telephone conference is currently scheduled in this matter for April 25, 2019, at 10:00 a.m. Dkt. No. 12. Due to a scheduling conflict, I respectfully request an adjournment of that conference until 2:30 p.m. on the same day, April 25.

    I have conferred with Gentges's counsel, who consent to this request, and I have confirmed the Court's availability at this date and time with Your Honor's chambers staff. This is the United States' first request to adjourn the April 25 telephone conference.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    /s/ Samuel Dolinger
    SAMUEL DOLINGER
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2677
    E-mail: samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)