**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

April 10, 2020

Via ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States of America v. Heinz Gentges*, 18 Civ. 7910 (KMK) (PED)

Dear Judge Karas:

This Office represents the United States of America, the plaintiff in the above-referenced action against defendant Heinz Gentges to collect civil penalties assessed against Gentges for his willful failure to file the required report of foreign financial accounts commonly known as the "FBAR," pursuant to the Bank Secrecy Act, 31 U.S.C. §§ 5314 and 5321.

I write respectfully seeking to confirm whether the case management conference currently scheduled for April 14, 2020, at 10:30 a.m., has been canceled, or alternatively, to request that it be adjourned *sine die*.

The date of the next case management conference was set by order signed on January 13, 2020. *See* Dkt. No. 24. Since that time, on March 27, 2020, the Court set a schedule for the parties' summary judgment motions, which are to be fully briefed by mid-June 2020. *See* Dkt. No. 26.

Accordingly, the government respectfully seeks to confirm whether the April 14 conference has been canceled, in light of the intervening establishment of the summary judgment schedule. If the conference remains on the Court's calendar, because such a conference appears to be unnecessary at this time, the government respectfully requests that the conference be adjourned *sine die*.

Defendant's counsel consents to this request.

Thank you for your consideration of this matter.

The April 14, 2020
conference has been
canceled.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/11/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:    /s/ Samuel Dolinger
       SAMUEL DOLINGER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2677
       E-mail: samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)