UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  -v-<br><br>HEINZ GENTGES,<br><br>      Defendant. | No. 18 Civ. 7910 (KMK)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 against Defendant Heinz Gentges in the amount of $1,162,974.98 as of October 15, 2021, plus interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment; plus penalties accruing under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9 after the date of entry of this judgment; and the United States shall have execution therefor.

SO ORDERED:

_____
HON. KENNETH M. KARAS
United States District Judge

Dated: October 14, 2021