DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
E-mail: samuel.dolinger@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -v- <br><br> HEINZ GENTGES, <br><br> Defendant. | No. 18 Civ. 7910 (KMK) <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, on October 14, 2021, the Court entered a final judgment (the "Judgment") in favor of Plaintiff the United States of America and against Defendant Heinz Gentges in the amount of $1,162,974.98, *see* Dkt. No. 54;

NOW, THEREFORE, full satisfaction is hereby acknowledged by the United States of America for the Judgment, which was entered in the United States District Court for the Southern District of New York on October 14, 2021; and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction of said Judgment on the docket.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: January 5, 2022

By:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
E-mail: samuel.dolinger@usdoj.gov

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF Kings      )

On the 5th day of January, 2022, before me before me, the undersigned notary public, personally appeared SAMUEL DOLINGER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

DEBRA HILLAIRE-Latham
Notary Public - State of New York
NO. 01HI6151156
Qualified in Kings County
My Commission Expires 10-6-22